IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00653-WYD-BNB

CONSUELO GONZALES,

Plaintiff,

v.

STATE OF COLORADO,
DEPARTMENT OF HUMAN SERVICES, and
COLORADO STATE VETERANS CENTER,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave of the Court to Attend Pretrial Conference Via Telephone** [docket no. 24, filed March 7, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel, Matthew K. Hobbs may appear for the Final Pretrial Conference by telephone on Monday, March10, 2008, at 1:30 p.m. by calling Chambers at **303/844-6408** at the appropriate time.

DATED:  March 7, 2008