IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00653-WYD-BNB

CONSUELO GONZALES,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES, COLORADO STATE VETERANS CENTER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Reconsider Order on Summary Judgment (filed April 24, 2008) is **GRANTED**. An Amended Order on Summary Judgment shall be filed that (1) changes the date of the filing of Plaintiff's Complaint to March 15, 2004, and (2) changes the date whereby any legal claim for overtime compensation is barred by the statute of limitations from March 19, 2004, to March 15, 2004.

    Dated: May 2, 2008