IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00653-WYD-BNB

CONSUELO GONZALES,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES, COLORADO STATE VETERANS CENTER,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of the Minute Entry entered March 11, 2009, indicating that this case has settled, the parties' Motions in Limine (Doc. # 40 and 41) are **DENIED WITHOUT PREJUDICE**.

    Dated: March 11, 2009