IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00653-WYD-BNB

CONSUELO GONZALES,

      Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES, COLORADO
STATE VETERANS CENTER,

      Defendant.

---

### ORDER OF DISMISSAL

---

Upon consideration of the parties' Stipulated Motion for Dismissal, it is

ORDERED that the Stipulated Motion for Dismissal [doc. #57], filed June 9, 2009

is **GRANTED**.  The claims made by Plaintiff are **DISMISSED WITHOUT PREJUDICE**,

each party to pay their own costs and attorney's fees.

Dated:.  June 9, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE