IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00653-WYD-BNB

CONSUELO GONZALES,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES, COLORADO STATE VETERANS CENTER,

    Defendant.

## AMENDED ORDER OF DISMISSAL

    Upon consideration of the parties' Stipulated Motion for Dismissal [doc. #59], filed August 12, 2009, it is

    ORDERED that the Stipulated Motion for Dismissal is **APPROVED** and this case is now DISMISSED **WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

    Dated:.  August 12, 2009.

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     WILEY Y. DANIEL,
                                     CHIEF UNITED STATES DISTRICT JUDGE